[No. 54039-4-I.   Division One.   March 7, 2005.]

OWEN L. BROWN, *Appellant*, v. CROWN CORK & SEAL COMPANY ET AL., *Defendants*, HONEYWELL INTERNATIONAL, INC., *as Successor-In-Interest, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-20004-2, Mary Yu, J., entered February 20, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54051-3-I.   Division One.   March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-8-00784-4, David A. Nichols, J., entered April 2, 2004. *Affirmed* by unpublished per curiam opinion. Now published at 127 Wn. App. 293.

[No. 54149-8-I.   Division One.   March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARRITA NOBLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-07077-3, Steven G. Scott, J., entered April 2, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54573-6-I.   Division One.   March 7, 2005.]

JERRY IVY, *Appellant*, v. DOUGLAS A. BROWN ET AL., *Defendants*, JERRY FIORITO ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-25367-7, James A. Doerty, J., entered June 24, 2004. *Reversed* by unpublished per curiam opinion.